TERRY E. SANCHEZ (State Bar No. 101318)
*Terry.Sanchez@mto.com*
ROBERT L. DELL ANGELO (State Bar No. 160409)
*Robert.DellAngelo@mto.com*
SHOSHANA E. BANNETT (State Bar No. 241977)
*Shoshana. Bannett@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MALCOLM A. HEINICKE (State Bar No. 194174)
*Malcolm.Heinicke@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
BANK OF AMERICA CORPORATION

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTEN HEILEMANN, an individual, and MARCELLA LEES, an individual, on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. CV-10-8623-GW (JCX)<br><br>**JUDGMENT FOR DEFENDANT BANK OF AMERICA CORPORATION**<br><br>Judge: Hon. George H. Wu |

Defendant Bank of America Corporation's Motion to Dismiss the First Amended Complaint came on for hearing on June 6, 2011. Following the hearing, the Court issued an order Defendant Bank of America Corporation's Motion to Dismiss the First Amended Complaint without leave to amend. The First Amended Complaint is therefore dismissed without leave to amend and with prejudice to the named Plaintiffs' claims. This document shall constitute a judgment for purposes of Federal Rule of Civil Procedure, Rule 58.

FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing from Defendant Bank of America, that Bank of America is entitled to recover its allowable costs, that the parties shall be responsible for their own attorneys' fees in all proceedings to date before this Court, and that this action is dismissed without leave to amend and with prejudice to the claims of Plaintiffs Kirsten Heilemann and Marcella Lees.

Dated: June 9, 2011 _____

GEORGE H. WU, U.S. District Judge

Submitted by: Munger, Tolles & Olson LLP

By: /s/ *Malcolm A. Heinicke*
Malcolm A. Heinicke

Attorneys for Defendant
BANK OF AMERICA CORPORATION